UNITED STATES of America, Plaintiff—Appellee,

v.

Rene SOTO, Defendant—Appellant.

No. 04–10473.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Julia Soto, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jill Thorpe, Tucson, AZ, for Defendant–Appellant.

Decided Sept. 22, 2005.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

## MEMORANDUM **

Rene Soto appeals his 51–month sentence imposed following a jury trial conviction for illegal re-entry into the United States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 2005 WL 1964483 at *8 (9th Cir. Aug.17, 2005) (extending the *Ameline* remand to cases involving non-

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

constitutional *Booker* error). Further, because the district court did not have the benefit of this Court's decision in *Penuliar v. Ashcroft*, 395 F.3d 1037, 1045–46 (9th Cir.2005), we instruct the district court to consider it upon remand.

REMANDED.